## 15695. DAVIS v. THE STATE.

LUKE, J. The evidence authorized the conviction. The special assignments of error attacking the charge of the court, when the charge is read in its entirety, shows no reversible error in overruling the motion for a new trial. *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 7, 1924.

Indictment for larceny from house; from Bibb superior court—Judge Malcolm D. Jones. May 17, 1924.

*Hubert Rawls,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.

---

## 15702. FRENCH v. THE STATE.

LUKE, J. The conviction was authorized by the evidence. The special grounds of the motion for a new trial show no reversible error, and the court, approving the verdict of guilty, properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 7, 1924.

Indictment for larceny; from Clay superior court—Judge Yeomans. May 24, 1924.

*Ben M. Turnipseed,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.